1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GEOVANNY D. LOBDELL,

11                         Plaintiff,

12             v.                              CIV. NO. S-96-1599 LKK/JFM

13    COUNTY OF SACRAMENTO; SACRAMENTO
      COUNTY BOARD OF SUPERVISORS;
14    GLEN CRAIG, individually and in
      his official capacity as Sheriff
15    of the Sacramento County Sheriff's
      Department; AEDEC INTERNATIONAL,
16    INC.,

17                         Defendants.
      _____/
18
      KATHERINE R. MARTIN,
19
                           Plaintiff,
20
               v.                              CIV. NO. S-96-2149 LKK/JFM
21
      COUNTY OF SACRAMENTO; SACRAMENTO
22    COUNTY BOARD OF SUPERVISORS;
      GLEN CRAIG, individually and in
23    his official capacity as Sheriff
      of the Sacramento County Sheriff's
24    Department; AEDEC INTERNATIONAL,
      INC.,
25
                           Defendants.
26    _____/

1  CASEY S. BARTON,

2                          Plaintiff,

3          v.                                    CIV. NO. S-96-2150 LKK/JFM

4  COUNTY OF SACRAMENTO; SACRAMENTO
   COUNTY BOARD OF SUPERVISORS;
5  GLEN CRAIG, individually and in
   his official capacity as Sheriff
6  of the Sacramento County Sheriff's
   Department; AEDEC INTERNATIONAL,
7  INC.,

8                          Defendants.
   _____/
9
   ANTHONY JACOBS,
10
                           Plaintiff,
11
           v.                                    CIV. NO. S-96-2242 LKK/JFM
12
   COUNTY OF SACRAMENTO; SACRAMENTO
13 COUNTY BOARD OF SUPERVISORS;
   GLEN CRAIG, individually and in
14 his official capacity as Sheriff
   of the Sacramento County Sheriff's
15 Department; Deputy STEVEN C. MOBLEY
   Badge No. 921; Deputy MICHAEL D.
16 DUNBAR Badge No. 246; AEDEC
   INTERNATIONAL, INC.,
17
                           Defendants.
18 _____/

19 DUANE LEE KREGGER,

20                         Plaintiff,

21         v.                                    CIV. NO. S-97-167 LKK/JFM

22 COUNTY OF SACRAMENTO; GLEN
   CRAIG, individually and in his
23 official capacity as Sheriff of
   the Sacramento County Sheriff's
24 Department; AEDEC INTERNATIONAL,
   INC.,
25                         Defendants.
   _____/
26

2

1   RONALD W. MOTZ,

2                            Plaintiff,

3         v.                                    CIV. NO. S-97-463 LKK/JFM

4   COUNTY OF SACRAMENTO; GLEN
    CRAIG, individually and in his
5   official capacity as Sheriff of
    the Sacramento County Sheriff's
6   Department; AEDEC INTERNATIONAL,
    INC.,
7                            Defendants.
    _____/
8
    KIMBERLY MICHELE BYRD,
9
                             Plaintiff,
10
          v.                                    CIV. NO. S-97-464 LKK/JFM
11
    COUNTY OF SACRAMENTO; GLEN
12  CRAIG, individually and in his
    official capacity as Sheriff of
13  the Sacramento County Sheriff's
    Department; AEDEC INTERNATIONAL,
14  INC.,
                             Defendants.
15  _____/

16  JAMES F. JOHNSON,

17                           Plaintiff,

18        v.                                    CIV. NO. S-97-937 LKK/JFM

19  COUNTY OF SACRAMENTO; GLEN
    CRAIG, individually and in his
20  official capacity as Sheriff of
    the Sacramento County Sheriff's
21  Department; California Highway
    Patrol (CHP) Officer KEITH
22  STRICKLAND; AEDEC INTERNATIONAL,
    INC.,
23                           Defendants.
    _____/

24

25  ////

26  ////

3

1   GENA DOMOGIO,

2                       Plaintiff,

3        v.                              CIV. NO. S-98-834 LKK/JFM

4   AEDEC INTERNATIONAL,
    INC.,

5                       Defendant.
    _____/

6
    GENA DOMOGIO,

7
                        Plaintiff,

8
         v.                              CIV. NO. S-98-835 LKK/JFM

9
    COUNTY OF SACRAMENTO;

10  Sacramento County Sheriff's
    Deputy AMANDA FERRIS (Badge #1129);

11  Sacramento County Sheriff's
    Deputy RHEA PELSTER (Badge #1128);

12  Sacramento County Sheriff's
    Deputy MICHELLE ALEX (Badge #796);

13  Sacramento County Sheriff's
    Lieutenant DAVE LIND (Badge #63);

14  Sacramento County Sheriff's
    Sergeant BRIAN KENNEDY (Badge #26),

15
                        Defendants.

16  _____/

17  BETHANY REBECCA ROSE,

18                      Plaintiff,

19       V.                              CIV. NO. S-98-2156 LKK/JFM

20  COUNTY OF SACRAMENTO;
    California Highway Patrol

21  Officer LANCE WARD (Badge #13561),
    et al.,

22
                        Defendants.

23  _____/

24  /////

25  /////

26  /////

                              4

1  COURTNEY E. COUNTEE, IV,

2               Plaintiff,

3       V.                              CIV. NO. S-07-2560 LKK/DAD

4  COUNTY OF SACRAMENTO, LOU
   BLANAS, MARK IWASA, DONALD
5  BLACK, SCOTT HAYES, RUSSELL
   MUNN, KELLY LARA, NATE O'BRIEN,
6  PAUL LABANCE, MICHAEL KEEGAN,
   JAMES CROUSON, WILLIAM STARR,
7  COURTNEY BARTILSON, FRANK
   FERMER, CLAUDE TORREY,
8  JOSEPH REEVE, and DOES 1
   through XXX,

9
               Defendants.
10 _____/

11 BLAINE A. JACKSON,

12             Plaintiff,

13      v.                              CIV. NO. S-07-2795 LKK/GGH

14 COUNTY OF SACRAMENTO;                RELATED CASE ORDER
   JOHN McGINNESS, individually
15 and in his official capacity
   as Sheriff of the Sacramento
16 County Sheriff's Department;
   Sacramento Sheriff's Department
17 Deputy MATTHEW ATHEY (Bade #1324);
   and DOES 1 through 10, inclusive,

18
               Defendants.
19 _____/

20        Examination of the above-entitled actions reveals that

21 all thirteen (13) actions are related within the meaning of Local

22 Rule 83-123(a) (E.D. Cal. 1997).  The actions involve some of the

23 same parties, and are based on the same or similar claims, similar

24 questions of fact and the same question of law.

25        Accordingly, the assignment of the matters to the same judge

26 and magistrate judge is likely to effect a substantial savings of

                                 5

1   judicial effort and is also likely to be convenient for the
2   parties.

3       The parties should be aware that relating the cases under
4   Local Rule 83-123 merely has the result that these eleven (11)
5   actions are assigned to the same judge and magistrate judge; no
6   consolidation of the actions is effected.   Under the regular
7   practice of this court, related cases are generally assigned to the
8   judge and magistrate judge to whom the first filed action was
9   assigned.

10       IT IS THEREFORE ORDERED that the actions denominated CIV. NO.
11   S-07-2560 LKK/DAD and CIV. NO. S-07-2795 LKK/GGH be, and the same
12   hereby are, reassigned to Magistrate Judge   John F. Moulds.
13   Henceforth, the caption on documents filed in these reassigned
14   cases shall be shown as CIV. NO. 07-2560 LKK/JFM and CIV. NO. 07-
15   2795 LKK/JFM.

16       Therefore, the status conference in CIV. S-07-2560 LKK/JFM is
17   continued to March 3, 2008 at 11:00 am to coincide with the status
18   conference in CIV. S-07-2795 LKK/JFM.

19       IT IS FURTHER ORDERED that the Clerk of the Court make
20   appropriate adjustment in the assignment of civil cases to
21   compensate for this reassignment.

22       DATED: January 18, 2008.

23

24

25

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

26